

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2015

No. 04-15-00590-CR

**EX PARTE** Stephen **POLASEK**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR8647
Honorable Andrew Carruthers, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED AS MOOT.

It is so **ORDERED** on November 25, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2015.

_____
Keith E. Hottle, Clerk